# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                                )     1:10-CR-00217 OWW
                                                  )
                                                  )
CARLOS DANIEL RAMIREZ-ESPINOZA    )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
              (X) Ad Prosequendum          ( ) Ad Testificandum.
Name of Detainee:    <u>Carlos Daniel Ramirez-Espinoza</u>
Detained at (custodian):    <u>Avenal State Prison</u>

Detainee is:   a.)   (X) charged in this district by:
              (X) Indictment       ( ) Information       ( ) Complaint
              Charging Detainee With:  **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien**
                                         **Found in the United States**

   or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   (X) return to the custody of detaining facility upon termination of proceedings
   or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
              currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                          Signature:  <u>/s/ Susan Phan</u>
                          Printed Name & Phone No: <u>Susan Phan/ 559-497-4000</u>
                          Attorney of Record for:   <u>United States of America</u>

## WRIT OF HABEAS CORPUS
            (X) Ad Prosequendum          ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to
the above-named custodian.

<u>13 January 2011</u>                          /s/ *Dennis L. Beck*
Date                               United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):   CDCR - Carlos Daniel Ramirez       Male X    Female

Booking or CDC #:    F93340                      DOB:
                      Release Date: 04/02/2011         Race:
                                              FBI #:    889553XB4

Facility Phone:

Currently Incarcerated For:

### RETURN OF SERVICE

Executed on _____ by _____                           
                                                      (Signature)