DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLOS DANIEL RAMIREZ-ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00217 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING ; ORDER |
| v. | |
| CARLOS DANIEL RAMIREZ-ESPINOZA, | Date: April 4, 2011 |
| | Time: 9:00 A.M. |
| *Defendant.* | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for March 28, 2011 **may be continued to April 4, 2011 at 9:00 A.M.**

This continuance is requested because counsel for Mr. Ramirez-Espinoza is ill and out of her office and needs additional time to meet and confer with client before hearing. The requested continuance will provide continuity of counsel, will serve the ends of justice and result in economic use of time and resources and will conserve time and resources for all parties and the court. Special Assistant United States Attorney Yashar Nilchian has no objection to this request.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 23, 2011           /s/ Yashar Nilchian
                                YASHAR NILCHIAN
                                Special Assistant United States Attorney
                                Attorney for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Defender

DATED: March 23, 2011           /s/ Melody M. Walcott
                                MELODY M. WALCOTT
                                Assistant Federal Defender
                                Attorney for Defendant
                                CARLOS DANIEL RAMIREZ-ESPINOZA

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 24, 2011**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE