1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLOS DANIEL RAMIREZ-ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-00217 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING ; |
| v. ) | ORDER |
| ) | |
| CARLOS DANIEL RAMIREZ-ESPINOZA, ) | Date:  June 13, 2011 |
| ) | Time:  9:00 A.M. |
| ) | Judge: Hon. Oliver W. Wanger |
| *Defendant.* ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for May 23, 2011 **may be continued to June 13, 2011 at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and to allow the parties time for additional plea negotiation prior to hearing. The requested continuance will serve the ends of justice and result in economic use of time and resources and will conserve time and resources for all parties and the court. Special Assistant United States Attorney Yashar Nilchian has no objection to this request.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: May 18, 2011        /s/ Yashar Nilchian
                           YASHAR NILCHIAN
                           Special Assistant United States Attorney
                           Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 18, 2011        /s/ Melody M. Walcott
                           MELODY M. WALCOTT
                           Assistant Federal Defender
                           Attorney for Defendant
                           CARLOS DANIEL RAMIREZ-ESPINOZA

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:    May 19, 2011**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE