```
DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLOS DANIEL RAMIREZ-ESPINOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-0217 OWW |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. ) | |
| CARLOS DANIEL RAMIREZ-ESPINOZA, ) | Date:  December 19, 2011<br>Time:  1:30 p.m.<br>Judge: TBD |
| *Defendant.* ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Yashar Nilchian, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Carlos Daniel Ramirez-Espinoza, that the hearing currently set for September 26, 2011 at 9:00 a.m., **may be rescheduled to December 19, 2011 at 1:30 p.m.** and the schedule for filing of motions and for hearing thereon may be set as follows: Opening brief by November 14, 2011; Opposition brief by December 7, 2011;  Reply by December 14, 2011.  The revised hearing date is requested given that the Superior Court of California, County of San Joaquin moved the hearing on Mr. Ramirez-Espinoza's motion to vacate judgment in Case No. SF105250C from September 14, 2011 to October 12, 2011.  It is anticipated that the Superior Court will issue its ruling on or shortly after the hearing.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: September 20, 2011        /s/ Yashar Nilchian
YASHAR NILCHIAN
Special Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated:  September 20, 2011        /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
CARLOS DANIEL RAMIREZ-ESPINOZA

           IT IS SO ORDERED.

**Dated:    September 20, 2011**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE